**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00629-CR

## DEWAYNE LAMAR JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-52961-N**

## ORDER

The Court **REINSTATES** the appeal.

On August 15, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the August 31, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by Riann Moore of the appellate division of the Dallas County Public Defender's Office, who made a timely request for preparation of the reporter's record on June 2, 2016; (3) the court reporter was Karren Jones; (4) Ms. Jones did not receive the initial request for the reporter's record but has been made aware of it and requests thirty days to complete the reporter's record for filing; and (5) the trial court recommended the thirty-day extension for Ms. Jones to complete the record.

We **ORDER** court reporter Karren Jones to file the compiled reporter's record in these appeals no later than September 28, 2016.

/s/     ADA BROWN
           JUSTICE